### 7016. BRIARD v. THE STATE.

RUSSELL, C. J. No error of law is complained of. The evidence was legally sufficient to warrant the verdict, and the trial judge did not err in overruling the motion for a new trial.        *Judgment affirmed.*
                              DECIDED MAY 31, 1916.

Accusation of misdemeanor; from city court of Tifton—Judge R. Eve.    October 4, 1915.

*B. C. Williford,* for plaintiff in error.

*J. S. Ridgdill, solicitor,* contra.